The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENKATA BHARADWAJ CHIVUKULA and ARCHANA CHIVUKULA,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al*.<br><br>Defendants. | CASE NO. 2:26-cv-00841-RAJ<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Plaintiffs VENKATA BHARADWAJ CHIVUKULA and ARCHANA CHIVUKULA brought this action pursuant to the Administrative Procedures Act, 5 U.S.C. § 706(1), 706(2)(A), and the Mandamus Act, 28 U.S.C. § 1361, alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate their Forms I-526E, Application for Naturalization and I-485, Application to Register Permanent Residence or Adjust Status. The parties have reached an agreement that will resolve this case.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party. USCIS has adjudicated Plaintiff's Forms I-131, Application for Travel Documents, Parole Documents, and



**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665

Arrival/Departure Records and I-765, Application for Employment Authorization. In exchange, Plaintiff has agreed to dismiss the present action and agreed that no action will be filed against USCIS in regard to either the I-485 or I-526E mentioned in this complaint for one year from the date of dismissal of this action. Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 23rd day of June, 2026.

*s/ Jessica T. Arena*
JESSICA T. ARENA, CA No. 301807
Law Office of Jessica T. Arena
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Phone: 541-525-3341
Email: jessica@jtarenalaw.com

*s/ Kelly Vomacka*
KELLY VOMACKA, WA No. 20090
Gibbs Houston Pauw
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone: 206-682-1080
Email: kelly.vomacka@ghp-law.net

*Attorneys for Plaintiff*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 181 words, in compliance with the Local Rules.*

**ORDER**

This matter is dismissed without prejudice and without fees or costs to either party.

IT IS HEREBY ORDERED.

DATED this 24th day of June, 2026.

The Honorable Richard A. Jones
United States District Judge



**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665